UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON PRATT, | Case No. 1:19-cv-01465-SKO (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PAYMENT OF INMATE FILING FEE BY **FCI TERRE HAUTE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff is a federal prisoner proceeding *pro se* in this civil rights action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by section 1915(a) and, accordingly, the Court grants his request to proceed *in forma pauperis*. Plaintiff is obligated to pay the statutory filing fee of $350 for this action. *Id.*, § 1915(b)(1). Plaintiff must make monthly payments in the amount of twenty percent of the preceding month's income credited to his inmate trust account. *Id.*, § 1915(b)(2). **FCI TERRE HAUTE** is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id.*

Based on the foregoing, the Court ORDERS:

1. Plaintiff's application to proceed *in forma pauperis*, (Doc. 5), is GRANTED;
2. **The Warden of FCI TERRE HAUTE or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent of the**

**preceding month's income credited to the account, and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Warden of FCI TERRE HAUTE, at 4200 Bureau Road North, Terre Haute, IN 47808.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: **December 31, 2019**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE